| | |
|---|---|
| In re: David J. Scharf<br>        Debtor(s)<br>    and<br><br>David Scharf<br>        Codebtor(s)<br><br>LSF9 Master Participation Trust, or its Successor or Assignee<br>        Movant<br><br>    vs.<br><br>David J. Scharf<br>David Scharf<br>Charles J. DeHart, III (Trustee)<br>        Respondent(s) | Chapter 13<br><br>Bankruptcy No. 11-07546-MDF |

**CERTIFICATE OF NON-CONCURRENCE**

I, Ann E. Swartz, Esquire, attorney for LSF9 Master Participation Trust, hereby certify that the Debtor's Attorney and the Chapter 13 Trustee were both contacted prior to the filing of the Motion for Relief from the Automatic Stay and that said parties do not concur with the entry of the Order granting LSF9 Master Participation Trust Relief from the Automatic Stay.

Date of Contact: July 26, 2016

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for LSF9 Master Participation Trust
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com