```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 11-07546-RNO
David J Scharf                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Mar 06, 2017
                              Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
db             +David J Scharf,    355 Lakeview Drive,    Spring Grove, PA 17362-8454
               +Department of Homeland Security,    Attn: Payroll Administrator,    PO Box 60000,
                 New Orleans, LA 70160-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor David J Scharf pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| DAVID J. SCHARF, | : | Case No. 1:11-BK-07546-MDF |
| | : | |
| Debtor(s) | : | Debtor(s)' Amended Motion to |
| | : | Terminate Wage Attachment |

## ORDER

Upon consideration of the above-referenced Debtor(s)' Amended Motion to Terminate Wage Attachment, IT IS HEREBY **ORDERED** that until further Order of this Court, the entity from who the Debtor, David J. Scharf, receives income, i.e., Department of Homeland Security, should immediately cease the wage attachment in the amount of $272.77 from each bi-weekly paycheck.

By the Court,

Dated: March 3, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)